JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 469 -- IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/17 | 1 | MOTION, BRIEF, SCHEDULE AND CERT. OF SERVICE -- Plaintiffs in Jordan P. Ashley, et al.<br>SUGGESTED TRANSFEREE COURT: C.D. California<br>SUGGESTED TRANSFEREE JUDGE:                    (cds) |
| 81/04/28 | | APPEARANCES: ROBERT SIMPSON, JR., ESQ. for Joe Bradford, et al.; THOMAS O. BRASHIER, ESQ. for Jordan P. Ashley, et al.; MICHAEL K. SWAN, ESQ. for Continental Airlines, Inc. (cds) |
| 81/04/30 | 2 | REQUEST FOR EXTENSION OF TIME -- Continental Airlines -- Granted to and including May 11, 1981 (cds) |
| 81/05/08 | 3 | RESPONSE -- Continental Air Lines, Inc. w/cert. of svc.(ds) |
| 81/05/14 | 4 | LETTER/RESPONSE -- defts. Joe Bradford, et al. w/cert. of svc. (ds) |
| 81/05/28 | | HEARING ORDER -- Setting litigation for hearing held on June 25, 1981 in Salt Lake City, Utah. (ds) |
| 81/06/23 | | HEARING APPEARANCE FOR 6/25 Salt Lake City, Ut<br>  MICHAEL K. SWAN, ESQ. for Continental Airlines, Inc.<br>WAIVER OF ORAL ARGUMENT 6/25/81 Hearing - Salt Lake City, Ut<br>  JOHN CARNEGIE MIMS, ESQ. FOR Jordan Ashley, et al.<br>  C. Robert Simpson for Joe Bradford, et al. |
| 81/07/09 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, recipients and judges. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 469 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/25/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/9/81 | MO DENIED | | | | |

Special Transferee Information

DATE CLOSED: 7/9/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 469 -- IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joe Bradford, et al. v. Continental Air Lines, Inc. | C.D.Cal. Takasugi | 80-03892RMT | | | | 7/9/81 |
| A-2 | Jordan P. Ashley, et al. v. Continental Air Lines, Inc. | S.D.Tex. Bue | H-80-2339 | | | | 7/9/81 |
| A-3 | Herb Harris, et al. v. Continental Air Lines, Inc. | D.Colo. Weinshienk | 80Z-1312 | | | Dismissed | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 469 -- IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LITIGATION

| | |
|---|---|
| JOE BRADFORD, ET AL. (A-1)<br>C. Robert Simpson, Jr., Esq.<br>Morin & Simpson<br>505 City Parkway West<br>Suite 1000<br>Orange, California   92668<br><br>JORDAN P. ASHLEY, ET AL. (A-2)<br>Thomas O. Brashier, Esq.<br>4803 Montrose, Suite 11<br>Houston, Texas   77006<br><br>HERB HARRIS, ET AL. (A-3)<br>Hubert M. Safran, Esq.<br>1930 South Federal Blvd.<br>Denver, Colorado   80219 | CONTINENTAL AIRLINES, INC.<br>Michael K. Swan, Esq.<br>Reynolds, Allen, Cook,<br>  Pannill & Hooper<br>16th Floor<br>1100 Milam Building<br>Houston, Texas   77002 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 469 -- IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LIT.

| Name of Party | Named as Party in Following Actions |
|---|---|
| | A-1  A-2  A-3 |
| CONTINENTAL AIR LINES, INC | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |