JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -9 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

7/9/81

DOCKET NO. 469

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONTINENTAL AIR LINES, INC. EMPLOYMENT PRACTICES LITIGATION

ORDER DENYING TRANSFER

    The Panel ruled from the bench at the hearing on this matter that transfer of the two actions listed on the attached Schedule A[1] to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation.

    Continental Air Lines, Inc. (Continental) argues that the motion for Section 1407 transfer filed by plaintiffs in the Texas action is frivolous. Continental accordingly requests the Panel to order the Texas plaintiffs to reimburse Continental for its reasonable attorneys' fees and travel expenses incurred in opposing the motion for transfer. We are not persuaded that the motion for transfer is frivolous and we therefore deny Continental's request. See In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F. Supp. 925, 926 (J.P.M.L. 1977).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1]   One additional action, Herb Harris, et al. v. Continental Air Lines, Inc., D. Colorado, C.A. No. 80-1312, was included in the motion for transfer in this litigation. This action, however, was dismissed with prejudice by the court in the District of Colorado in December, 1980.

Schedule A

MDL-469 -- In re Continental Air Lines, Inc. Employment Practices Litigation

Southern District of Texas
Jordan P. Ashley, et al. v. Continental Air Lines, Inc.,
   C.A. No. H-80-2339
   Central District of California
Joe Bradford, et al. v. Continental Air Lines, Inc.,
   C.A. No. CV80-3892-RMT